UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBIN SWITZENBAUM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNET SECURITY SYSTEMS, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:01-cv-2601-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 3rd day of September, 2003.

LUTHER D. THOMAS
CLERK OF COURT

By: Christina Klimenko
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 4, 2003
Luther D. Thomas
Clerk of Court
By: Christina Klimenko
Deputy Clerk

H3